# Exhibit A

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Deborah Terry, by her Attorney-in-Fact, David Terry
*Plaintiff*

vs.

WM Operating, LLC d/b/a Meadowview Rehabilitati

*Defendant*

:
:
:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS ILONE

*Filed and Attested by the Office of Judicial Records 30 APR 2025 08:03 pm*

April _____ Term, 20<sup>25</sup>

No._____

To[1]

WM Operating, LLC d/b/a

Meadowview Rehabilitation and Nursing C

9209 Ridge Pike, White Marsh, Pennsylvar

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Deborah Terry, by her Attorney-in-Fact, David Terry

2711 West Allegheny Avenue

Philadelphia, Pennsylvania 19128

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 25050044

Case 2:26-cv-00307-KNS    Document 1-2    Filed 01/17/26    Page 3 of 6

# Court of Common Pleas

April _____ Term, 20 25 _____

No. _____

Deborah Terry, by her Attorney-in-Fact, Da\
*Plaintiff*

vs.

WM Operating, LLC d/b/a Meadowview Rel
*Defendant*

# SUMMONS

Case ID: 250500445

**ROSENBAUM & ASSOCIATES, P.C.**
BY: Denine Marie Moscariello, Esquire
Attorney I.D. No.: 90192
1818 Market Street– Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR-JURY
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

ATTORNEY FOR PLAINTIFF

*Filed and Attested by the Office of Judicial Records 30 APR 2025 08:01 pm BALILOTE*

| | |
|---|---|
| DEBORAH TERRY, by her Attorney-in-Fact, DAVID TERRY 2711 West Allegheny Avenue Philadelphia, Pennsylvania 19132 <br><br> v. <br><br> WM OPERATING, LLC d/b/a MEADOWVIEW REHABILITATION AND NURSING CENTER 9209 Ridge Pike White Marsh, Pennsylvania 19128 <br><br> and <br><br> WM HOLDINGS, LLC 9209 Ridge Pike White Marsh, Pennsylvania 19128 <br><br> and <br><br> PREMIER HEALTHCARE MANAGEMENT, LLC 199 Community Drive Great Neck, New York 11201 <br><br> and <br><br> JONATHAN BLEIER 1 Sam Law Drive Monsey, New York 10952 <br><br> and <br><br> JACOB SOD 58 Larch Hill Road Lawrence, New York 11559 | PHILADELPHIA COUNTY COURT OF COMMON PLEAS <br><br> APRIL TERM, 2025 NO.: |

## PRAECIPE TO ISSUE SUMMONS

TO THE PROTHONOTARY:

Case ID: 25050044

Kindly issue a Writ of Summons in Civil Action against Defendants, WM Operating, LLC d/b/a Meadowview Rehabilitation and Nursing Center, WM Holdings, LLC, Premier Healthcare Management, LLC, Jonathan Bleier and Jacob Sod.

**ROSENBAUM & ASSOCIATES, P.C.**

BY:    */s/ Denine Marie Moscariello*
       DENINE MARIE MOSCARIELLO, Esquire
Dated: 04/24/2025                 Counsel for Plaintiff

Case ID: 25050044

**Defendants:**

WM OPERATING, LLC d/b/a MEADOWVIEW
REHABILITATION AND NURSING CENTER
9209 Ridge Pike
White Marsh, Pennsylvania 19128

WM HOLDINGS, LLC
9209 Ridge Pike
White Marsh, Pennsylvania 19128

PREMIER HEALTHCARE MANAGEMENT, LLC
199 Community Drive
Great Neck, New York 11201

JONATHAN BLEIER
1 Sam Law Drive
Monsey, New York 10952

JACOB SOD
58 Larch Hill Road
Lawrence, New York 11559

Case ID: 25050044