# Exhibit B

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

*Filed and Attested by the Office of Judicial Records 30 APR 2025 08:01 pm R. BASILONIS*

|  |  |
|---|---|
| *Plaintiff* | COURT OF COMMON PLEAS |
|  | _____Term, 20_____ |
| vs. |  |
|  | No._____ |
| *Defendant* |  |

To[1]

_____

_____

_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

10-208 (Rev. 6/14)

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 250500445

# Court of Common Pleas

_____ Term, 20 _____

No. _____

_____
*Plaintiff*

vs.

_____
*Defendant*

# SUMMONS

Case ID: 250500445

**ROSENBAUM & ASSOCIATES, P.C.**
BY: Denine Marie Moscariello, Esquire
Attorney I.D. No.: 90192
1818 Market Street– Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR-JURY
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

ATTORNEY FOR PLAINTIFF

*Filed and Attested by the Office of Judicial Records 30 APR 2025 08:01 pm B. BALILONIS*

| | | |
|---|---|---|
| DEBORAH TERRY, by her Attorney-in-Fact, DAVID TERRY<br>2711 West Allegheny Avenue<br>Philadelphia, Pennsylvania 19132<br><br>v.<br><br>WM OPERATING, LLC d/b/a MEADOWVIEW REHABILITATION AND NURSING CENTER<br>9209 Ridge Pike<br>White Marsh, Pennsylvania 19128<br><br>and<br><br>WM HOLDINGS, LLC<br>9209 Ridge Pike<br>White Marsh, Pennsylvania 19128<br><br>and<br><br>PREMIER HEALTHCARE MANAGEMENT, LLC<br>199 Community Drive<br>Great Neck, New York 11201<br><br>and<br><br>JONATHAN BLEIER<br>1 Sam Law Drive<br>Monsey, New York 10952<br><br>and<br><br>JACOB SOD<br>58 Larch Hill Road<br>Lawrence, New York 11559 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>APRIL TERM, 2025<br>NO.: |

## PRAECIPE TO ISSUE SUMMONS

TO THE PROTHONOTARY:

Case ID: 250500445

Kindly issue a Writ of Summons in Civil Action against Defendants, WM Operating, LLC d/b/a Meadowview Rehabilitation and Nursing Center, WM Holdings, LLC, Premier Healthcare Management, LLC, Jonathan Bleier and Jacob Sod.

**ROSENBAUM & ASSOCIATES, P.C.**

BY:  /s/ Denine Marie Moscariello
 DENINE MARIE MOSCARIELLO, Esquire
Dated: 04/24/2025  Counsel for Plaintiff

**Defendants:**

WM OPERATING, LLC d/b/a MEADOWVIEW
REHABILITATION AND NURSING CENTER
9209 Ridge Pike
White Marsh, Pennsylvania  19128

WM HOLDINGS, LLC
9209 Ridge Pike
White Marsh, Pennsylvania  19128

PREMIER HEALTHCARE MANAGEMENT, LLC
199 Community Drive
Great Neck, New York  11201

JONATHAN BLEIER
1 Sam Law Drive
Monsey, New York  10952

JACOB SOD
58 Larch Hill Road
Lawrence, New York  11559

Case ID: 250500445

**ROSENBAUM & ASSOCIATES, P.C.**
BY: Denine Marie Moscariello, Esquire
Attorney I.D. No.: 90192
1818 Market Street– Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR-JURY
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

ATTORNEY FOR PLAINTIFF

Filed and Attested by the
Office of Judicial Records
14 MAY 2025 03:10 pm
C. SMITH

| | | |
|---|---|---|
| DEBORAH TERRY, by her Attorney-in-Fact, DAVID TERRY, et al | : : : : : : | PHILADELPHIA COUNTY COURT OF COMMON PLEAS |
| | | APRIL TERM, 2025 NO.: 0445 |
| v. | : : | |
| WM OPERATING, LLC d/b/a MEADOWVIEW REHABILITATION AND NURSING CENTER, et al | : | |

### PRAECIPE TO REISSUE WRIT OF SUMMONS

**TO THE PROTHONOTARY:**

Kindly reissue the above-captioned matter for an additional thirty (30) days.

ROSENBAUM and ASSOCIATES

/S/ Denine Moscariello

By: _____

Denine Marie Moscariello, Esquire

Attorney for Plaintiff

Date: _____

Case ID: 250500445

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **MAY 2025** |
| E-Filing Number: 2504071051 |
| **00445** |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DEBORAH TERRY, ALIAS: BY HER ATTORNEY IN FACT, DAVID TERRY | WM OPERATING, LLC, ALIAS: D/B/A MEADOWVIEW REHABILITATION AND NURSING CENTER |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 2711 WEST ALLEGHENY AVENUE PHILADELPHIA PA 19132 | 9209 RIDGE PIKE WHITE MARSH PA 19128 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WM HOLDINGS, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 9209 RIDGE PIKE WHITE MARSH PA 19128 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | PREMIER HEALTHCARE MANAGEMENT, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 199 COMMUNITY DRIVE GREAT NECK NY 11021 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 5 | ☐ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☒ Writ of Summons ☐ Transfer From Other Jurisdictions |

AMOUNT IN CONTROVERSY
☐ $50,000.00 or less
☒ More than $50,000.00

COURT PROGRAMS
☐ Arbitration ☐ Mass Tort ☐ Commerce ☐ Settlement
☒ Jury ☐ Savings Action ☐ Minor Court Appeal ☐ Minors
☐ Non-Jury ☐ Petition ☐ Statutory Appeals ☐ W/D/Survival
☐ Other:

CASE TYPE AND CODE
XA - NURSING HOME LITIGATION

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED PRO PROTHY**
APR 30 2025
**B. BALILONIS**

IS CASE SUBJECT TO COORDINATION ORDER? YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DEBORAH TERRY

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DENINE MARIE. MOSCARIELLO | 1818 MARKET ST SUITE 3200 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)569-0200 | (267)930-7232 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 90192 | dmoscariello@rosenbaumfirm.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| DENINE MOSCARIELLO | Wednesday, April 30, 2025, 08:03 pm |

Case ID: 250500445

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. WM OPERATING, LLC
   ALIAS: D/B/A MEADOWVIEW REHABILITATION AND NURSING CENTER
   9209 RIDGE PIKE
   WHITE MARSH PA 19128
2. WM HOLDINGS, LLC
   9209 RIDGE PIKE
   WHITE MARSH PA 19128
3. PREMIER HEALTHCARE MANAGEMENT, LLC
   199 COMMUNITY DRIVE
   GREAT NECK NY 11021
4. JONATHAN BLEIER
   1 SAM LAW DRIVE
   MONSEY NY 10952
5. JACOB SOD
   58 LARCH HILL ROAD
   LAWRENCE NY 11559

Case ID: 250500445

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Deborah Terry, by her Attorney-in-Fact, David Terry

*Plaintiff*

:
:
:
:
:
:
:
:
:
:
:
:

*Filed and Attested by the Office of Judicial Records 30 APR 2025 03:01 pm*

COURT OF COMMON PLEAS, PHILADELPHIA

vs.

April _____ Term, 20<sup>25</sup>

WM Operating, LLC d/b/a Meadowview Rehabilitatio

*Defendant*

No._____

To[1]

WM Operating, LLC d/b/a

Meadowview Rehabilitation and Nursing C

9209 Ridge Pike, White Marsh, Pennsylvar

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Deborah Terry, by her Attorney-in-Fact, David Terry

2711 West Allegheny Avenue

Philadelphia, Pennsylvania 19128

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*





ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____

250500445
14 MAY 2025 03:10 pm
C. SMITH

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 250500445

Case ID: 250500445

## Court of Common Pleas

April _____ Term, 20 25 _____

No. _____

Deborah Terry, by her Attorney-in-Fact, Dav

*Plaintiff*

vs.

WM Operating, LLC d/b/a Meadowview Rel

*Defendant*

# SUMMONS

Case ID: 250500445

**ROSENBAUM & ASSOCIATES, P.C.**
BY: Denine Marie Moscariello, Esquire
Attorney I.D. No.: 90192
1818 Market Street– Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR-JURY
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

ATTORNEY FOR PLAINTIFF

Filed and Attested by the
Office of Judicial Records
30 APR 2025 08:11 pm
BALILONES

| | |
|---|---|
| DEBORAH TERRY, by her Attorney-in-Fact, DAVID TERRY 2711 West Allegheny Avenue Philadelphia, Pennsylvania 19132 | PHILADELPHIA COUNTY COURT OF COMMON PLEAS APRIL TERM, 2025 NO.: |
| v. | |
| WM OPERATING, LLC d/b/a MEADOWVIEW REHABILITATION AND NURSING CENTER 9209 Ridge Pike White Marsh, Pennsylvania 19128 | |
| and | |
| WM HOLDINGS, LLC 9209 Ridge Pike White Marsh, Pennsylvania 19128 | |
| and | |
| PREMIER HEALTHCARE MANAGEMENT, LLC 199 Community Drive Great Neck, New York 11201 | |
| and | |
| JONATHAN BLEIER 1 Sam Law Drive Monsey, New York 10952 | |
| and | |
| JACOB SOD 58 Larch Hill Road Lawrence, New York 11559 | |

## PRAECIPE TO ISSUE SUMMONS

TO THE PROTHONOTARY:

Case ID: 250500445

Kindly issue a Writ of Summons in Civil Action against Defendants, WM Operating, LLC d/b/a Meadowview Rehabilitation and Nursing Center, WM Holdings, LLC, Premier Healthcare Management, LLC, Jonathan Bleier and Jacob Sod.

**ROSENBAUM & ASSOCIATES, P.C.**

BY:   */s/ Denine Marie Moscariello*
      DENINE MARIE MOSCARIELLO, Esquire
      Counsel for Plaintiff

Dated: 04/24/2025

**Defendants:**

WM OPERATING, LLC d/b/a MEADOWVIEW
REHABILITATION AND NURSING CENTER
9209 Ridge Pike
White Marsh, Pennsylvania  19128

WM HOLDINGS, LLC
9209 Ridge Pike
White Marsh, Pennsylvania  19128

PREMIER HEALTHCARE MANAGEMENT, LLC
199 Community Drive
Great Neck, New York  11201

JONATHAN BLEIER
1 Sam Law Drive
Monsey, New York  10952

JACOB SOD
58 Larch Hill Road
Lawrence, New York  11559

**ROSENBAUM & ASSOCIATES, P.C.**
BY: Denine Marie Moscariello, Esquire
Attorney I.D. No.: 90192
1818 Market Street– Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR-JURY
ASSESSMENT OF
HEARING IS REQ

ATTORNEY FOR PLAINTIFF

*Filed and Attested by the*
*Office of Judicial Records*
*14 MAR 2025 07:22 pm*
*C. SMITH*

| | | |
|---|---|---|
| DEBORAH TERRY, by her Attorney-in-Fact, DAVID TERRY | : : : : | PHILADELPHIA COUNTY COURT OF COMMON PLEAS APRIL TERM, 2025 NO.:0445 |
| v. | : : | |
| WM OPERATING, LLC d/b/a MEADOWVIEW REHABILITATION AND NURSING CENTER, et al: | : | |

### PRAECIPE TO REISSUE

**TO THE PROTHONOTARY:**

Kindly reissuee the above-captioned matter for an additional thirty (30) days.

ROSENBAUM & ASSOCIATES, P.C.

BY:    /s/ Denine Marie Moscariello_____
DENINE MARIE MOSCARIELLO, Esquire
Dated: 5/14/25    Counsel for Plaintiff

Case ID: 250500445

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **MAY 2025**   00445 |
| E-Filing Number: 2504071051 |

*Filed and Attested by the Office of Judicial Records 14 MAY 2025 07:22 pm C. SMITH*

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DEBORAH TERRY, ALIAS: BY HER ATTORNEY IN FACT, DAVID TERRY | WM OPERATING, LLC, ALIAS: D/B/A RIVERVIEW REHABILITATION AND NURSING CENTER |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 2711 WEST ALLEGHENY AVENUE PHILADELPHIA PA 19132 | 9209 RIDGE PIKE WHITE MARSH PA 19128 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WM HOLDINGS, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 9209 RIDGE PIKE WHITE MARSH PA 19128 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | PREMIER HEALTHCARE MANAGEMENT, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 199 COMMUNITY DRIVE GREAT NECK NY 11021 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 5 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration   ☐ Mass Tort       ☐ Commerce          ☐ Settlement<br>☒ Jury          ☐ Savings Action  ☐ Minor Court Appeal ☐ Minors<br>☐ Non-Jury      ☐ Petition         ☐ Statutory Appeals  ☐ W/D/Survival<br>☐ Other: |

**CASE TYPE AND CODE**

XA - NURSING HOME LITIGATION

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY

APR **30** 2025

**B. BALILONIS**

| IS CASE SUBJECT TO COORDINATION ORDER? |
|---|
| YES          NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DEBORAH TERRY

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DENINE MARIE. MOSCARIELLO | 1818 MARKET ST SUITE 3200 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)569-0200 | (267)930-7232 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 90192 | dmoscariello@rosenbaumfirm.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *DENINE MOSCARIELLO* | Wednesday, April 30, 2025, 08:03 pm |

Case ID: 250500445

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. WM OPERATING, LLC
     ALIAS: D/B/A MEADOWVIEW REHABILITATION AND NURSING CENTER
     9209 RIDGE PIKE
     WHITE MARSH PA 19128
2. WM HOLDINGS, LLC
     9209 RIDGE PIKE
     WHITE MARSH PA 19128
3. PREMIER HEALTHCARE MANAGEMENT, LLC
     199 COMMUNITY DRIVE
     GREAT NECK NY 11021
4. JONATHAN BLEIER
     1 SAM LAW DRIVE
     MONSEY NY 10952
5. JACOB SOD
     58 LARCH HILL ROAD
     LAWRENCE NY 11559

Case ID: 250500445

**ROSENBAUM & ASSOCIATES, P.C.**
BY: Denine Marie Moscariello, Esquire
Attorney I.D. No.: 90192
1818 Market Street– Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR-JURY
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

ATTORNEY FOR PLAINTIFF

*Filed and Attested by the Office of Judicial Records 14 MAY 2025 09:41 pm BASMLONE*

| | | |
|---|---|---|
| DEBORAH TERRY, by her Attorney-in-Fact, DAVID TERRY<br>2711 West Allegheny Avenue<br>Philadelphia, Pennsylvania  19132 | : <br> : <br> : <br> : <br> : | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>APRIL TERM, 2025<br>NO.: |
| v. | : <br> : | |
| WM OPERATING, LLC d/b/a MEADOWVIEW REHABILITATION AND NURSING CENTER<br>9209 Ridge Pike<br>White Marsh, Pennsylvania  19128 | : <br> : <br> : <br> : <br> : | |
| and | : <br> : | |
| WM HOLDINGS, LLC<br>9209 Ridge Pike<br>White Marsh, Pennsylvania  19128 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| PREMIER HEALTHCARE MANAGEMENT, LLC<br>199 Community Drive<br>Great Neck, New York  11201 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| JONATHAN BLEIER<br>1 Sam Law Drive<br>Monsey, New York  10952 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| JACOB SOD<br>58 Larch Hill Road<br>Lawrence, New York  11559 | : <br> : <br> : | |

## PRAECIPE TO ISSUE SUMMONS

TO THE PROTHONOTARY:

Case ID: 250500445

Kindly issue a Writ of Summons in Civil Action against Defendants, WM Operating, LLC d/b/a Meadowview Rehabilitation and Nursing Center, WM Holdings, LLC, Premier Healthcare Management, LLC, Jonathan Bleier and Jacob Sod.

**ROSENBAUM & ASSOCIATES, P.C.**

BY:    _/s/ Denine Marie Moscariello_
         DENINE MARIE MOSCARIELLO, Esquire
         Counsel for Plaintiff

Dated: 04/24/2025

**Defendants:**

WM OPERATING, LLC d/b/a MEADOWVIEW
REHABILITATION AND NURSING CENTER
9209 Ridge Pike
White Marsh, Pennsylvania  19128

WM HOLDINGS, LLC
9209 Ridge Pike
White Marsh, Pennsylvania  19128

PREMIER HEALTHCARE MANAGEMENT, LLC
199 Community Drive
Great Neck, New York  11201

JONATHAN BLEIER
1 Sam Law Drive
Monsey, New York  10952

JACOB SOD
58 Larch Hill Road
Lawrence, New York  11559

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

*Filed and Attested by the Office of Judicial Records 14 MAY 2025 07:22 pm C. SMITH*

---
*Plaintiff*

vs.

---
*Defendant*

:
:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____ Term, 20_____

No._____

To[1]

_____

_____

_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



250500445
14 MAY 2025 07:22 pm
C. SMITH

10-208 (Rev. 6/14)

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 250500445

# Court of Common Pleas

_____ Term, 20 _____

No. _____

_____
*Plaintiff*

vs.

_____
*Defendant*

# SUMMONS

Case ID: 250500445

**ROSENBAUM & ASSOCIATES, P.C.**
BY: Denine Marie Moscariello, Esquire
Attorney I.D. No.: 90192
1818 Market Street– Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR-JURY
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

ATTORNEY FOR PLAINTIFF

Filed and Attested by the
Office of Judicial Records
19 JUN 2025 07:42 am
C. SMITH

| | | |
|---|---|---|
| DEBORAH TERRY, by her Attorney-in-Fact, DAVID TERRY, et al | : : : | PHILADELPHIA COUNTY COURT OF COMMON PLEAS |
| | : : : | APRIL TERM, 2025 NO.: 0445 |
| v. | : : | |
| WM OPERATING, LLC d/b/a MEADOWVIEW REHABILITATION AND NURSING CENTER, et al | : | |

## PRAECIPE TO REISSUE WRIT OF SUMMONS

**TO THE PROTHONOTARY:**

Kindly reissue the above-captioned matter for an additional thirty (30) days.

ROSENBAUM and ASSOCIATES

/S/ Denine Moscariello

By: _____

Denine Marie Moscariello, Esquire

Attorney for Plaintiff

**Date:** _____

Case ID: 250500445

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **MAY 2025** |
| E-Filing Number: 2504071051 |

**00445**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DEBORAH TERRY, ALIAS: BY HER ATTORNEY IN FACT, DAVID TERRY | WM OPERATING, LLC, ALIAS: D/B/A MEADOWVIEW REHABILITATION AND NURSING CENTER |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 2711 WEST ALLEGHENY AVENUE PHILADELPHIA PA 19132 | 9209 RIDGE PIKE WHITE MARSH PA 19128 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WM HOLDINGS, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 9209 RIDGE PIKE WHITE MARSH PA 19128 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | PREMIER HEALTHCARE MANAGEMENT, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 199 COMMUNITY DRIVE GREAT NECK NY 11021 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 5 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration   ☐ Mass Tort   ☐ Commerce   ☐ Settlement<br>☒ Jury   ☐ Savings Action   ☐ Minor Court Appeal   ☐ Minors<br>☐ Non-Jury   ☐ Petition   ☐ Statutory Appeals   ☐ W/D/Survival<br>☐ Other: |

**CASE TYPE AND CODE**

XA - NURSING HOME LITIGATION

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br>APR **30** 2025<br>**B. BALILONIS** | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES          NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DEBORAH TERRY

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DENINE MARIE. MOSCARIELLO | 1818 MARKET ST SUITE 3200 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)569-0200 | (267)930-7232 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 90192 | dmoscariello@rosenbaumfirm.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *DENINE MOSCARIELLO* | Wednesday, April 30, 2025, 08:03 pm |

Case ID: 250500445

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. WM OPERATING, LLC
    ALIAS: D/B/A MEADOWVIEW REHABILITATION AND NURSING CENTER
    9209 RIDGE PIKE
    WHITE MARSH PA 19128
2. WM HOLDINGS, LLC
    9209 RIDGE PIKE
    WHITE MARSH PA 19128
3. PREMIER HEALTHCARE MANAGEMENT, LLC
    199 COMMUNITY DRIVE
    GREAT NECK NY 11021
4. JONATHAN BLEIER
    1 SAM LAW DRIVE
    MONSEY NY 10952
5. JACOB SOD
    58 LARCH HILL ROAD
    LAWRENCE NY 11559

Case ID: 250500445

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

*Filed and Attested by the Office of Judicial Records 30 APR 2025 03:01 pm*

Deborah Terry, by her Attorney-in-Fact, David Terry
_____
*Plaintiff*

:  COURT OF COMMON PLEAS ILONTS
:
:  April _____ Term, 20^25 _____
:
:
:  No._____
:
vs.
:
:
WM Operating, LLC d/b/a Meadowview Rehabilitati
_____
*Defendant*

To[1]

WM Operating, LLC d/b/a
_____

Meadowview Rehabilitation and Nursing C
_____

9209 Ridge Pike, White Marsh, Pennsylvar
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Deborah Terry, by her Attorney-in-Fact, David Terry
_____

2711 West Allegheny Avenue
_____

Philadelphia, Pennsylvania 19128
_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____



250500445
19 JUN 2025 07:42 am
C. SMITH

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 250500445

Case 2:26-cv-00307-KNS    Document 1-3    Filed 01/17/26    Page 27 of 30

# Court of Common Pleas

April _____ Term, 20 25 _____

No. _____

Deborah Terry, by her Attorney-in-Fact, Dav
*Plaintiff*

vs.

WM Operating, LLC d/b/a Meadowview Reh
*Defendant*

# SUMMONS

Case ID: 250500445

Case ID: 250500445

**ROSENBAUM & ASSOCIATES, P.C.**
BY: Denine Marie Moscariello, Esquire
Attorney I.D. No.: 90192
1818 Market Street– Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR-JURY
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| DEBORAH TERRY, by her Attorney-in-Fact, DAVID TERRY<br>2711 West Allegheny Avenue<br>Philadelphia, Pennsylvania  19132<br><br>v.<br><br>WM OPERATING, LLC d/b/a MEADOWVIEW REHABILITATION AND NURSING CENTER<br>9209 Ridge Pike<br>White Marsh, Pennsylvania  19128<br><br>and<br><br>WM HOLDINGS, LLC<br>9209 Ridge Pike<br>White Marsh, Pennsylvania  19128<br><br>and<br><br>PREMIER HEALTHCARE MANAGEMENT, LLC<br>199 Community Drive<br>Great Neck, New York  11201<br><br>and<br><br>JONATHAN BLEIER<br>1 Sam Law Drive<br>Monsey, New York  10952<br><br>and<br><br>JACOB SOD<br>58 Larch Hill Road<br>Lawrence, New York  11559 | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>APRIL TERM, 2025<br>NO.: |

## PRAECIPE TO ISSUE SUMMONS

TO THE PROTHONOTARY:

Case ID: 250500445

Kindly issue a Writ of Summons in Civil Action against Defendants, WM Operating, LLC d/b/a Meadowview Rehabilitation and Nursing Center, WM Holdings, LLC, Premier Healthcare Management, LLC, Jonathan Bleier and Jacob Sod.

**ROSENBAUM & ASSOCIATES, P.C.**

BY:    */s/ Denine Marie Moscariello*
DENINE MARIE MOSCARIELLO, Esquire
Counsel for Plaintiff

Dated: 04/24/2025

**Defendants:**

WM OPERATING, LLC d/b/a MEADOWVIEW
REHABILITATION AND NURSING CENTER
9209 Ridge Pike
White Marsh, Pennsylvania  19128

WM HOLDINGS, LLC
9209 Ridge Pike
White Marsh, Pennsylvania  19128

PREMIER HEALTHCARE MANAGEMENT, LLC
199 Community Drive
Great Neck, New York  11201

JONATHAN BLEIER
1 Sam Law Drive
Monsey, New York  10952

JACOB SOD
58 Larch Hill Road
Lawrence, New York  11559