IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBORAH TERRY,
        *Plaintiff,*

    v.

WM OPERATING LLC et al.,
        *Defendants.*

: 
: 
: 
:   **CIVIL NO. 26-0307**
: 
: 
: 
: 

## ORDER

**AND NOW**, this **8th** day of **July 2026**, it is hereby **ORDERED** that Defendants shall either file an answer or a motion to dismiss to the Complaint by **July 15th, 2026**. Failure to do so may result in a default judgment. Plaintiff is also hereby warned that failure to maintain her interest in this Action may result in a dismissal for failure to prosecute.

BY THE COURT:

HON. KAI N SCOTT
United States District Court Judge